| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE MADISON COUNTY CIRCUIT COURT |
| | ) SS: | |
| COUNTY OF MADISON | ) | CAUSE NO. |

| | |
|---|---|
| DAVID TRUEBLOOD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )     **(Jury Trial Requested)** |
| | ) |
| NORFOLK SOUTHERN CORPORATION, | ) |
| | ) |
| Defendant. | ) |

## COMPLAINT FOR DAMAGES AND JURY DEMAND

COMES NOW Plaintiff, David Trueblood (hereinafter "David"), by counsel, and for his Complaint against Defendant, Norfolk Southern Corporation (hereinafter "Norfolk"), and would state as follows:

1. At all times material hereto, David resided in Anderson, Madison County, Indiana.

2. At all times material hereto, Norfolk was responsible for operating and maintaining a railroad track, as well as an accompanying railroad crossing footbridge, along, at, or near Derby Downs Park, which spans across the White River, in Anderson, Madison County, Indiana.

3. On or around March 31, 2022, David was a pedestrian, walking across the railroad crossing footbridge, at the aforementioned railroad track, when he suddenly and without warning fell through an opening in the railroad crossing.

4. Due to his fall, David suffered injuries, including but not limited, to a concussion, a mid-cervical right femoral neck fracture resulting in a need for a right hip hemiarthroplasty, and traumatic rhabdomyolysis.

5. Due to the extensive nature of his injuries, David remained at the bottom of a ravine for thirty-six (36) hours before being rescued by the Anderson Fire Department.

EXHIBIT A

6. David was taken to the Emergency Care Center at the Anderson Hospital where he underwent emergency surgery on his hip.

7. David remained at the hospital for eight (8) days and underwent extensive physical therapy following his discharge.

8. Norfolk failed to properly maintain and/or mark the dangerous condition in the railroad crossing footbridge that pedestrians were known to traverse.

9. Norfolk's failure to properly maintain and/or mark the dangerous condition in the railroad track footbridge for pedestrians, was negligent.

10. The aforementioned injuries that David suffered were proximately caused by and/or resulted from the negligence and/or fault of Norfolk.

11. As a result of the above-referenced injuries, David has incurred bodily injury, pain and suffering, mental anguish, impairment, and other costs, expenses and losses, some of which may permanent and/or ongoing, as well as other damages recoverable under Indiana law.

WHEREFORE, Plaintiff, David Trueblood, prays for judgment against Defendant, Norfolk Southern Corporation, in an amount which will fully, fairly and adequately compensate said Plaintiff for all injuries, costs, expenses, losses and damages recoverable under Indiana law, and for all other just and proper relief in the premises.

Respectfully submitted,

WALDRON TATE BOWEN SPANDAU LLC

/s/ Kevin M. Bowen
Kevin M. Bowen, Atty. No. 31231-49
*Attorney for Plaintiff*

WALDRON TATE BOWEN SPANDAU LLC
156 E. Market St., 5th Floor
Indianapolis, Indiana 46204
Telephone: (317) 296-5294

Facsimile: (317) 423-0772
kevin@wtbs-law.com

## JURY TRIAL REQUEST

Comes now Plaintiff, David Trueblood, by counsel, and requests a trial by jury in the above-captioned cause of action.

    Respectfully submitted,

    WALDRON TATE BOWEN SPANDAU LLC

    /s/ Kevin M. Bowen
    Kevin M. Bowen, Atty. No. 31231-49
    156 E. Market St., 5th Floor
    Indianapolis, Indiana 46204
    Telephone: (317) 296-5294
    Facsimile: (317) 423-0772
    kevin@wtbs-law.com

    *Attorney for Plaintiff*

# S U M M O N S

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE MADISON COUNTY CIRCUIT COURT |
| | ) SS: | |
| COUNTY OF MADISON | ) | CAUSE NO. 48C03-2302-CT-000031 |

DAVID TRUEBLOOD, )
)
    Plaintiff, )
)
v. )
)
NORFOLK SOUTHERN CORPORATION, )
)
    Defendant. )

**TO DEFENDANT:**  **Norfolk Southern Corporation**
    **300 Main Street, Suite 900**
    **Lafayette, IN 47901**

    You are hereby notified that you have been sued by the person named as plaintiff and in the Court indicated above. The nature of the suit against you is stated in the complaint which is attached to this Summons. It also states the relief sought or the demand made against you be the plaintiff.

    An answer or other appropriate response in writing to the complaint must be filed either by you or your attorney within twenty (20) days, commencing the day after you receive this Summons, (or twenty-three (23) days if this Summons was received by mail). or a judgment by default may be rendered against you for the relief demanded by plaintiff. If you have a claim for relief against the plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

    If you need the name of an attorney, you may contact the Indianapolis Bar Association Lawyer Referral Service (269-2222), or the Marion County Bar Association Lawyer Referral Service (634-3950).

Dated  2/14/2023

                                                                   Clerk, Marion County Sup[erior Court]

    **(The following manner of service of summons is hereby** [designated:]

**X**  Registered or certified mail.

_____ Service at place of employment, to-wit:

_____ Service on individual -- (Personal or copy) at above address. By She[riff]

_____ Service on agent. (Specify)

Kevin M. Bowen (Atty. 31231-49)      156 E. Market Street, Suite [___]
WALDRON TATE BOWEN SPANDAU      Indianapolis, IN  46204
Counsel for Plaintiff                                    P: (317) 296-5294  F: (317) 423-0772

**SHERIFF'S RETURN ON SERVICE OF SUMMONS**

  I hereby certify that I have served this summons on the ____ day of _____, 20___.
  (1) By delivering a copy of the Summons and a copy of the complaint to the defendant,_____.
  (2) By leaving a copy of the Summons and a copy of the complaint at and by mailing a copy of said summons to said defendant at the above address.
  (3) Other Service or Remarks:_____.

_____  
Sheriff's Costs            _____  
                  Sheriff, Marion County

                  By:_____  
                     Deputy

### *CLERK'S CERTIFICATE OF MAILING*

  I hereby certify that on the ____ day of _____, 20___, I mailed a copy of this Summons and a copy of the complaint to the defendant, _____, by _____ mail, requesting a return receipt, at the address furnished by the plaintiff.

Dated:_____           _____  
                  Clerk, Marion County Superior Court

                  By:_____  
                     Deputy

### *RETURN ON SERVICE OF SUMMONS BY MAIL*

  I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the complaint mailed to defendant _____ was accepted by the defendant on the ____ day of _____, 20___.
  I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the complaint was returned not accepted on the ____ day of _____, 20___.
  I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the complaint mailed to defendant _____ was accepted by _____ on behalf of said defendant on the ____ day of _____, 20___.

                  _____  
                  Clerk, Marion County Superior Court

                  By:_____  
                     Deputy