IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| **David Trueblood**,<br><br>    Plaintiff,<br><br>  v.<br><br>**Norfolk Southern Corporation**,<br><br>    Defendant. | Case No. 1:23-cv-00423-RLY-MKK<br><br>**Notice of Appearance** |

To:    The clerk of court and all parties of record.

Brandon E. Tate, of the law firm of WALDRON TATE BOWEN SPANDAU LLC, admitted or otherwise authorized to practice in this court, enters his appearance on behalf of Plaintiff, David Trueblood.

    Respectfully submitted,

    WALDRON TATE BOWEN SPANDAU LLC

    */s/ Brandon E. Tate*
    Brandon E. Tate, Atty. No. 31531-49
    156 E Market St, 5th Floor
    Indianapolis, IN 46204
    317.296.5294
    F: 317.423.0772
    brandon@wtbs-law.com

## **Certificate of Service**

  The undersigned hereby certifies that the foregoing has been served on all counsel of record via the Court's ECF Filing System at the time of filing.

              */s/ Brandon E. Tate*
              Brandon E. Tate, Atty. No. 31531-49